# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION
### CIVIL ACTION NO. 3:12-CV-369-MOC-DCK

| | |
|---|---|
| GERMAN AMERICAN CAPITAL CORPORATION,      ) ) | |
|           ) | |
|      **Plaintiff,**      ) | |
|           ) | |
|     v.      ) | **ORDER** |
|           ) | |
| INVESTMENTS INTERNATIONAL, INC.,      ) | |
| BRUCE BLACKMON, and LYNN      ) | |
| BLACKMON,      ) | |
|           ) | |
|      **Defendants.**      ) | |
|           ) | |

**THIS MATTER IS BEFORE THE COURT** on Plaintiff's "Combined Motion And Memorandum To Substitute Party Plaintiff Due To Transfer Of Interest" (Document No. 14) filed February 28, 2014. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, the undersigned will <u>deny</u> the motion, without prejudice.

It appears that Plaintiff's pending motion fails to satisfy this Court's requirement of consultation. <u>See</u> Local Rule 7.1 (B). As such, Plaintiff's motion will be denied, without prejudice to Plaintiff filing a renewed motion that satisfies the requirements of the Local Rules.

The undersigned also observes that the deadline for filing a report on the results of the parties' mediation has passed without an appropriate submission. <u>See</u> (Document No. 11, p.10; (Document No. 13).

**IT IS, THEREFORE, ORDERED** that Plaintiff's "Combined Motion And Memorandum To Substitute Party Plaintiff Due To Transfer Of Interest" (Document No. 14) is **DENIED WITHOUT PREJUDICE**.

**IT IS FURTHER ORDERED** that a report on the results of mediation shall be filed on

or before **March 10, 2014**.

Signed: March 3, 2014

David C. Keesler
United States Magistrate Judge