UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:12-cv-00369-MOC-DCK

| | | |
|---|---|---|
| **RREF II DEU ACQUISITIONS, LLC,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **INVESTMENTS INTERNATIONAL, INC.; BRUCE BLACKMON; AND LYNN BLACKMON,** | ) ) ) | |
| | ) | |
| Defendants. | ) | |

**THIS MATTER** is before the court on plaintiff's Motion to Substitute Party Plaintiff Due to Transfer of Interest (#20) and Motion for Summary Judgment (#15). The Motion for Substitution will be granted as a matter of course as plaintiff has shown attempted consultation with opposing counsel; the Motion for Summary Judgment will be granted because defendants, despite being represented by counsel, have failed to respond in any manner within the time allowed and plaintiff has shown that there are no genuine issues of material fact in disputed and that it is entitled judgment for a sum certain and contractual attorney's fees as a matter of law.

Finding that no genuine issues of material fact remain for trial and that plaintiff is entitled to the relief it seeks as a matter of law, the court incorporates by reference the plaintiff's Memorandum of Facts and Law (#16) filed in support of its Motion for Summary Judgment, and grants plaintiff's request for summary judgment.

1

# ORDER

**IT IS, THEREFORE, ORDERED** that

(1) plaintiff's Motion to Substitute Party Plaintiff Due to Transfer of Interest (#20) is **GRANTED**, and **RREF II DEU ACQUISITIONS, LLC** is substituted for the previously named plaintiff;

(2) plaintiff's Motion for Summary Judgment (#15) is **GRANTED**, and judgment is entered in favor of **RREF II DEU ACQUISITIONS, LLC** and against **INVESTMENTS INTERNATIONAL,INC.** and **BRUCE BLACKMON** in the amount of **$1,995,129.19** and against **LYNN BLACKMON** in the amount of **$1,645,258.84**, with post-judgment interest hereinafter accruing at the lawful federal judgment rate.

The Clerk of Court shall enter Judgment accordingly and this action is **DISMISSED**.

Signed: April 1, 2014

Max O. Cogburn Jr.
United States District Judge