UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:12-cv-00369-MOC-DCK

| | |
|---|---|
| **RREF II DEU ACQUISITIONS, LLC,** | ) |
| Plaintiff, | ) |
| Vs. | ) ORDER |
| **INVESTMENTS INTERNATIONAL, INC.;** | ) |
| **LYNN BLACKMON; AND** | ) |
| **BRUCE BLACKMON,** | ) |
| Defendants. | ) |

**THIS MATTER** is before the court on plaintiff's Motion for Summary Judgment. Having considered plaintiff's motion and reviewed the pleadings, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that plaintiff's Motion for Summary Judgment (#15) be calendared by the Clerk of Court for oral arguments during the August 2014 hearings calendar.

Signed: July 9, 2014

Max O. Cogburn Jr.
United States District Judge