**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:12-CV-369-MOC-DCK**

| | |
|---|---|
| **RREF II DEU ACQUISITIONS, LLC,** )<br>)<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**INVESTMENTS INTERNATIONAL, INC.,** )<br>**BRUCE BLACKMON, and LYNN** )<br>**BLACKMON,** )<br>)<br>**Defendants.** )<br>) | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on the "Joint Motion To Substitute Party Plaintiff Due To Transfer Of Interest" (Document No. 39) filed July 21, 2014. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, and noting consent of the parties, the undersigned will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** that the "Joint Motion To Substitute Party Plaintiff Due To Transfer Of Interest" (Document No. 39) is **GRANTED**.

**IT IS FURTHER ORDERED** that:

1.  RREF II DEU-NC III, LLC shall be substituted as the named Plaintiff in this matter in place of RREF II DEU Acquisitions, LLC, without prejudice.

2.  The Clerk of the Court is directed to reflect the name of the proper party plaintiff on the Court's docket by removing the name of RREF II DEU Acquisitions, LLC and adding the name of RREF II DEU-NC III, LLC as the party plaintiff.

**SO ORDERED**.

Signed: July 21, 2014

David C. Keesler
United States Magistrate Judge