**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**

| | | |
|---|---|---|
| **RREF II DEU-NC III, LLC,** | ) | |
| | ) | |
|     **Plaintiff,** | ) | |
| | ) | |
| v. | ) | CIVIL ACTION FILE |
| | ) | NO. 3:12-CV-00369 |
| **INVESTMENTS INTERNATIONAL,** | ) | |
| **INC., BRUCE BLACKMON AND** | ) | |
| **LYNN BLACKMON,** | ) | |
| | ) | |
|     **Defendants.** | ) | |
| | ) | |

---

**CONSENT JUDGMENT**

---

Upon agreement of Plaintiff RREF II DEU-NC III, LLC ("Lender") and Defendants Investments International, Inc., Bruce Blackmon and Lynn Blackmon (collectively, the "Defendants"), Defendants represent to the Court and hereby stipulate that they will agree to the entry of a consent judgment and that Defendants are justly indebted to Lender for the amount set forth below. Accordingly, the Court finds that Defendants are liable to Lender for the amounts set forth below and that Lender is entitled to judgment accordingly. WHEREFORE, it is hereby

ORDERED, ADJUDGED, AND DECREED that judgment is entered in favor of Lender and against Investments International, Inc. and Bruce Blackmon in the amount of **$1,257,133.58**; and it is further

ORDERED, ADJUDGED, AND DECREED that judgment is entered in favor of Lender and against Lynn Blackmon in the amount of **$854,782.67**.

This action is **DISMISSED.**

Signed: September 15, 2014

*[Signature]*
Max O. Cogburn Jr.
United States District Judge

**SUBMITTED & APPROVED FOR ENTRY**:


| BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ, PC | BURT & CORDES, PLLC |
|---|---|
| By: /s/ Christie M. Hayes<br>Christie M. Hayes<br>NC State Bar No. 41770<br>100 Med Tech Parkway, Suite 200<br>P.O. Box 3038<br>Johnson City, Tennessee 37602<br>Ph.: (423) 928-0181<br>Fax: (423) 928-5694<br>chayes@bakerdonelson.com<br>*Attorney for Plaintiff* | By: /s/ Stacy C. Cordes<br>Stacy C. Cordes<br>NC State Bar No. 18122<br>122 Cherokee Road<br>Suite 1<br>Charlotte, North Carolina 28207<br>Ph.: (704) 332-3282<br>Fax: (704) 332-3324<br>scordes@burtcordeslaw.com<br>*Attorney for Defendants* |