**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:12-CV-369-MOC-DCK**

| | |
|---|---|
| **RREF II DEU-NC III, LLC,** ) | |
| ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | **ORDER** |
| ) | |
| **INVESTMENTS INTERNATIONAL, INC.,** ) | |
| **BRUCE BLACKMON, and LYNN** ) | |
| **BLACKMON,** ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 47) filed by Christopher J. Blake, concerning Beth E. Rogers on October 8, 2014. Ms. Beth E. Rogers seeks to appear as counsel *pro hac vice* for Plaintiff RREF II DEU-NC III, LLC. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 47) is **GRANTED**. Ms. Beth E. Rogers is hereby admitted *pro hac vice* to represent Plaintiff RREF II DEU-NC III, LLC.

**SO ORDERED**.

Signed: October 8, 2014

David C. Keesler
United States Magistrate Judge